**Order entered March 16, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00852-CV

### PAYSON PETROLEUM, INC., ET AL., Appellants

### V.

### J. MICHAEL WHEELER, ET AL., Appellees

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-06306**

## ORDER

We **GRANT** appellants' March 13, 2015 unopposed motion for an extension of time to file a combined reply/cross-appellees' brief. Appellants shall file their combined brief by **APRIL 9, 2015**. We caution appellants that no further extension of time will be granted absent extraordinary circumstances.

/s/     ELIZABETH LANG-MIERS
           JUSTICE